UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

ANTONIO D. PETERSON,

        Plaintiff,

v.                                                Case No. 18-cv-1057-pp

ANTHONY EMANUELE, *et al.*,

        Defendants.

---

## ORDER GRANTING PLAINTIFF'S MOTION TO WITHDRAW HIS MOTION FOR SUMMARY JUDGMENT (DKT. NO. 30)

---

On January 29, 2019, the court received the plaintiff's motion to withdraw his prematurely-filed motion for summary judgment. Dkt. No. 30. The court will grant the request.

The court **GRANTS** the plaintiff's motion to withdraw his motion for summary judgment. Dkt. No. 30. The court **DEEMS WITHDRAWN** the plaintiff's motion for summary judgment. Dkt. No. 16. The court **ORDERS** that the plaintiff is free to file another motion for summary judgment (if he chooses to do so) any time before the dispositive motion deadline of May 10, 2019 (so long as he files it in time for the court to *receive* it by the end of the day on May 10, 2019).

Dated in Milwaukee, Wisconsin this 7th day of February, 2019.

                                                  **BY THE COURT:**

                                                  _____
                                                  **HON. PAMELA PEPPER**
                                                  **United States District Judge**